IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAMEL B. JONES, JR. | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-02628-JRR |
| | ) | |
| THE CITY OF SALISBURY, MD & | ) | |
| BARBARA DUNCAN | ) | |
| | ) | |
|    Defendants | ) | |

**DEFENDANTS BARABARA DUNCAN AND CITY OF SALISBURY, MARYLAND'S MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Defendants Barbara Duncan and the City of Salisbury, Maryland, by their undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, move to dismiss or, in the alternative, for summary judgment on all claims in the Complaint. A memorandum in support of this motion is filed herewith.

Respectfully submitted,

/s/ Raymond R. Mulera

_____
Raymond R. Mulera
Federal Bar # 09454
rmulera@lgit.org
7225 Parkway Drive
Hanover, Maryland  21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for Barbara Duncan & the City of Salisbury, Maryland