**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KAMEL B. JONES, JR.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-CV-02628-JRR** |
| | ) | |
| **THE CITY OF SALISBURY, MD &** | ) | |
| **BARBARA DUNCAN** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER**

Upon consideration of Defendants Barabara Duncan and City of Salisbury, Maryland's Motion to Dismiss or, in the Alternative for Summary Judgment, and any opposition filed by the Plaintiff thereto, it is **HEREBY** this ___ day of _____, 202_; **ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

_____
Julie S. Rubin
United States District Court Judge