# EXHIBIT 1

## LAW OFFICE OF JEANETT P. HENRY
1ATTORNEY AT LAW
8403 COLESVILLE ROAD, SUITE 1100
SILVER SPRING, MD 20910
OFFICE: (301) 562-1340; (240) 638-2778
FACSIMILE: (240) 638-2701
EMAIL: JHENRY2085@AOL.COM

LICENSED IN MD & DC

May 8, 2024

*Via Email & First-Class Mail*
*(kamelion@live.com)*

Kamel Jones
375 Walnut Avenue
Apartment J
Carlsbad, CA 92008

Re: **Kamel Jones v. The City of Salisbury, MD, et al.,**
    **Case No. :22-cv-02628-JRR**

Dear Mr. Jones:

In accordance with United States District Court of Maryland Local Rule 101(2)(a) I am writing to advise you that no earlier than 7 days of this letter or May 15, 2024 I plan to file a motion with the Court to withdraw/strike my appearance as your attorney in the above-referenced case.

I am advising you to have your new counsel enter an appearance in the case. However, if you elect not to hire a new attorney then you should notify the clerk of court in writing of your intention to proceed without counsel. Any such notification should be sent to: Clerk of Court, Civil Division, United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

Thank you for your attention to this matter.

Sincerely,

*Jeanett P. Henry*

Jeanett P. Henry