IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAMEL B. JONES, JR. | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-02628-JRR |
| THE CITY OF SALISBURY, MARYLAND, *et al.* | : |
| Defendant. | : |

**ORDER STRIKING APPEARANCE**

Upon consideration of the Motion to Strike Appearance of Plaintiff's Counsel filed by Jeanett P. Henry, good cause having been shown, it is by the United States District Court for the District of Maryland this ___ day of _____, 2024

ORDERED, that the motion is hereby GRANTED; and it is further

ORDERED, that the appearance of Jeanett P. Henry is hereby STRICKEN as counsel for Plaintiff, Kamel Jones.

_____
Hon. Julie R. Rubin
U.S. District Judge

Copies to:

Jeanett P. Henry, Esquire
(*via* CM/ECF)

Ray Mulera, Esquire
(*via* CM/ECF)

Kamel Jones
375 Walnut Avenue; Apt. J
Carlsbad, CA 92008
Email:  kamelion@live.com