## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAMEL B. JONES, JR. | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) CASE NO. 1:22-CV-02628-JRR |
| | ) |
| THE CITY OF SALISBURY, MD & | ) |
| BARBARA DUNCAN | ) |
| | ) |
| **Defendants** | ) |

\*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kamel B. Jones, Jr. and Defendants City of Salisbury, Maryland and Barbara Duncan, hereby voluntarily dismiss this action and all claims with prejudice. Each party will bear their own costs and attorney's fees.

_____
Kamel B. Jones, Jr.
375 Walnut Avenue
Apartment J
Carlsbad, CA 92008
kamelion@live.com

Respectfully submitted,

/s/ Raymond R. Mulera
Raymond R. Mulera (09454)
rmulera@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for the Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June 2024, a copy of the foregoing Stipulation of Dismissal and Proposed Order were served via Email and First Class Mail on Kamel B. Jones, Jr., 375 Walnut Avenue, Apt. J, Carlsbard, CA 92008.

/s/ Raymond R. Mulera
_____

Raymond R. Mulera