## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KAMEL B. JONES, JR.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-CV-02628-JRR** |
| | ) | |
| **THE CITY OF SALISBURY, MD &** | ) | |
| **BARBARA DUNCAN** | ) | |
| | ) | |
| **Defendants** | ) | |

\*       \*       \*       \*       \*       \*       \*

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.


_____

Date

_____

Hon. Julie S. Rubin

United States District Judge